**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00565-CV

### JASON L. GRAMAN & MARTIN GRAMAN, Appellants

### V.

### IBP RETAIL NO. 5, L.P., ET AL., Appellees

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-00508-2010

## ORDER

The Court has before it appellants' January 2, 2013 unopposed motion for extension of time to file reply brief of appellants. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellants on January 7, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
JUSTICE